UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN DOE,

       Plaintiff,                                       No. 05-71198

v.                                               Hon. John Corbett O'Meara

MICHIGAN DEPARTMENT OF STATE
POLICE and TADARIAL STURDIVANT,

       Defendants.
_____/

## ORDER DISMISSING STATE LAW CLAIMS

Plaintiff John Doe is challenging the constitutionality of Michigan's Sex Offender Registration Act under both the federal constitution and the Michigan constitution. This court declines to exercise supplemental jurisdiction over the claims arising under the Michigan constitution. See United Mine Workers v. Gibbs, 383 U.S. 715 (1966); 28 U.S.C. § 1367(c). Pursuant to 28 U.S.C. § 1367(c), Plaintiffs' claims under state law are **DISMISSED**.


                                        s/John Corbett O'Meara
                                        John Corbett O'Meara
                                        United States District Judge

Dated: May 5, 2005