UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN DOE,

        Plaintiff,

v

MICHIGAN DEPARTMENT OF STATE
POLICE and COL. TADARIAL
STURDIVANT, in his official capacity as
director,

        Defendants.

No. 2:05-cv-71198

Hon. JOHN CORBETT O'MEARA
MAGISTRATE JUDGE CAPEL

Joseph A. Niskar (P55538)
Joseph A. Niskar, P.C.
Attorney for Plaintiff
535 Griswold Street, Ste 2632
Detroit MI 48226
(313) 963-6320

James C. Thomas (P23801)
James C. Thomas, P.C.
Attorney for Plaintiff
535 Griswold Street, Ste 2632
Detroit MI 48226
(313) 963-2420

Margaret A. Nelson (P30342)
Attorney for Defendants
Michigan Department of Attorney General
Public Employment, Elections & Tort Div.
P.O. Box 30736
Lansing MI 48909
(517) 373-6434

**ORDER GRANTING DEFENDANTS' MOTION TO DISMISS**

      This matter having come before the court upon Defendants' Motion to Dismiss, and oral argument having been presented September 22, 2005;

1

2

IT IS HEREBY ORDERED, Defendants' Motion to Dismiss is GRANTED and this case is DISMISSED with prejudice for the reasons stated on the record and also set forth in the Court's OPINION AND ORDER DENYING PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION filed May 5, 2005.

s/John Corbett O'Meara<br>
John Corbett O'Meara<br>
United States District Judge

Dated:  September 27, 2005

Approved for entry:

*s/Joseph A. Niskar (w/consent)*
Joseph A Niskar
Attorney for Plaintiff


*s/Margaret A. Nelson (P30342)*
Margaret A. Nelson
Assistant Attorney General
Attorney for Defendants